**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Johnnie Marie Rogers, et al.,

Plaintiffs,

vs.

Mission Farm Nursing Home, Inc.,

Defendant.

**Civil No. 01-CV-1093 JMR/FLN**

**STIPULATION AND ORDER TO STAY PROCEEDINGS**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between Defendant Mission Farm Nursing Home, Inc. ("Mission" or "Defendant"), and Plaintiffs Johnnie Marie Rogers, Hendrix Grupee, Tange Ree Baugh, Land Gbergbo, Connie Block, Alberta Kiahon, Tarlee Pour, DeKonti Brown, Edgarline Dunbar, Louise Brinston, D.B. Toweh Jr., and Doris Kromah ("Plaintiffs") as follows:

1. The parties agree that this action shall be stayed until July 30, 2001.

2. Defendant shall answer the Complaint on or before 20 days after expiration of the stay described in paragraph 1. Defendant shall not otherwise plead in lieu of answering the Complaint.

3. On May 29, 2001, the Commonwealth Court of Pennsylvania issued an Order (the "Order") in the case *M. Diane Koken v. Reliance Insurance Company*, Docket No. 269 MD 2001, ordering, in relevant part, "All actions currently pending against Reliance in the Courts of the Commonwealth of Pennsylvania or elsewhere are hereby stayed. All actions currently pending in the Courts of the Commonwealth of Pennsylvania or elsewhere against an insured of Reliance are stayed for 60 days or such additional time as the Rehabilitator may

FILED JUL 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

request. This Order shall not preclude any action from proceeding prior to the expiration of 60 days provided that the Rehabilitator and the parties to any such pending actions have so agreed to proceed." Defendant is an insured of Reliance Insurance Company. It is Defendant's position that the Order applies to this case. It is Plaintiffs' position that the Order does not apply to this case, and that the stay and extension have been stipulated to only as a matter of professional courtesy.

4. Defendant reserves the right to move for a further stay of these proceedings upon further order of the Commonwealth Court of Pennsylvania in the matter of *Koken v. Reliance Insurance Company,* and Plaintiffs reserve the right to object to such further stay.

Dated: 7/20, 2001

FAEGRE & BENSON LLP

Daniel G. Wilczek, #131660
Holly M. Robbins, #260381
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for defendant Mission Farm Nursing Home, Inc.

Dated: 7/19, 2001

SCHERMER AND GUY

Judith K. Schermer #183052
Carolyn Guy #254186
10 South Fifth Street, Suite 950
Minneapolis, MN 55402
(612) 843-5400

Attorneys for plaintiffs

**ORDER**

Based on the foregoing stipulation, **IT IS SO ORDERED**:

Dated: July 23, 2001

Franklin L. Noel
United States Magistrate Judge

M1:773263.03