**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Johnnie Marie Rogers, et al.,

Plaintiffs,

vs.

Mission Farm Nursing Home, Inc.,

Defendant.

**Civil No. 01-CV-1093 JMR/FLN**

**STIPULATION AND ORDER TO STAY PROCEEDINGS**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between Defendant Mission Nursing Home, Inc., and Plaintiffs Johnnie Marie Rogers, Hendrix Grupee, Tange Ree Baugh, Land Gbergbo, Connie Block, Alberta Kiahon, Tarlee Pour, DeKonti Brown, Edgarline Dunbar, Louise Brinston, D.B. Toweh Jr., and Doris Kromah that this action shall be stayed until **January 3, 2002**.

Dated: October 15, 2001

FAEGRE & BENSON LLP

Daniel G. Wilczek, #131660
Holly M. Robbins, #260381
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for defendant Mission Nursing Home, Inc.

OCT 16 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 10/16, 2001

SCHERMER AND GUY

Judith K. Schermer #183052
Carolyn Guy #254186
10 South Fifth Street, Suite 950
Minneapolis, MN 55402
(612) 843-5400

Attorneys for plaintiffs

**ORDER**

Based on the foregoing stipulation, **IT IS SO ORDERED**:

Dated: Oct. 15, 2001

Franklin L. Noel
United States Magistrate Judge

M1:805276.01

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500