**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Court File No. 01-CV-1093 JMR/FLN

**Johnnie Marie Rogers (*nee* Williams), Hendrix Grupee, Tange Ree Baugh, Land Gborgbo, Connie Block, Albertha Kiahon, Tarlee Pour, DeKonti Brown, Edgarline Dunbar, Louise Diggs-Graye f/k/a Louise Brinston, D.B. Toweh Jr., and Doris Kromah,**

Plaintiffs,

v.

**Mission Farm Nursing Home, Inc.**

Defendant.

**ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF LAND GBORGBO**

Based on the foregoing:

IT IS HEREBY ORDERED that the above-entitled action is dismissed without prejudice as to Plaintiff Land Gborgbo. Each party shall bear its own costs and reasonable attorney's fees.

Signed: March 22nd, 2002.

XXXXXXXXXXXXXXXXXXXXXX
HONORABLE JAMES M. ROSENBAUM, CHIEF US. DISTRICT COURT

FILED MAR 25 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Court File No. 01-CV-1093 JMR/FLN

**Johnnie Marie Rogers (*nee* Williams), Hendrix Grupee, Tange Ree Baugh, Land Gborgbo, Connie Block, Albertha Kiahon, Tarlee Pour, DeKonti Brown, Edgarline Dunbar, Louise Diggs-Graye f/k/a Louise Brinston, D.B. Toweh Jr., and Doris Kromah,**

Plaintiffs,

v.

**Mission Farm Nursing Home, Inc.**

Defendant.

**STIPULATION TO DISMISS WITHOUT PREJUDICE AS TO PLAINTIFF LAND GBORGBO**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Land Gborgbo and Defendant Mission Farm Nursing Home, parties hereto, by their respective counsel, that all matters pertaining to this action be and hereby are dismissed as to Plaintiff Land Gborgbo without prejudice. Each party agrees to bear its own costs and reasonable attorney's fees.

Dated: 03 - 12, 2002

Land Gborgbo

Dated: 3/12/, 2002

**CAROLYN GUY, LLC**

Carolyn Guy
Atty. Reg. No. 254186
Ten South Fifth Street, Suite 950
Minneapolis, MN 55402
(612) 843-5400
Counsel for Plaintiffs

Dated: ____________________, 2002

**MISSION FARM NURSING HOME**

By: ________________________________

Its: ________________________________

**FAEGRE & BENSON LLP**

Dated: March 13, 2002

________________________________
Daniel G. Wilczek
Atty. Reg. No. 131660
Holly M. Robbins
Atty. Reg. No. 260381
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000
Counsel for Defendant