UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Johnnie Marie Rogers, et al.,

Plaintiffs,

v.

Mission Farms Nursing Home,

Defendant.

Civil No. 01-1093 JMR/FLN

**ORDER**

---

Carolyn E. Guy, Esq., for Plaintiffs.
Daniel G. Wilczek, Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on March 4, 2002, on (1) Plaintiff's Motion to Quash Thirty Subpoenas Sent to Plaintiffs' Employers [#11]; and (2) Defendant's Motion to Compel Plaintiffs to Respond to Defendant's Document Requests and Interrogatories and Award Attorneys' Fees [#14].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Quash Thirty Subpoenas Sent to Plaintiffs' Employers [#11] is **DENIED**.[1]

2. Defendant's Motion to Compel Plaintiffs to Respond to Defendant's Interrogatories is **GRANTED** as follows:

   a. Defendant's Motion is **GRANTED** to the extent it seeks to have Plaintiffs' answers individualized for each Plaintiff. Plaintiffs' shall supplement its current answers to all Interrogatories to reflect this Order; and

   b. To the extent the Motion pertains to Defendants' Motion to Compel Responses to

---

[1]This Court expresses no opinion as to the allegation of a violation of Minn. Stat. § 363.03(7) as it pertains to the two past employers who were informed about the nature of this litigation by Defendant's counsel.

FILED MAR 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Interrogatories 1, 4, 5, 6, & 7 it is **GRANTED**.

3. Insofar as the Motion pertains to Defendants request for Production of Documents it is **GRANTED IN PART AND DENIED IN PART** as follows:

   a. Defendant's Motion to Compel Responses to Document Requests No. 2 is **DENIED,** except as it pertains to Plaintiff Johnnie Marie Rogers;

   b. Defendant's Motion to Compel Responses to Document Requests is **GRANTED** to the extent Plaintiffs' shall supplement responses to Requests Nos. 3-7, 12-16, 18, 20, 22, 25 individualizing documents as they pertain to each of the twelve Plaintiffs; and

   c. Plaintiff shall supplement its responses to Interrogatories and Document Requests on or before close of business March 20, 2002.

DATED: 3/26, 2002.

FRANKLIN L. NOEL
Magistrate Judge