**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Court File No. 01-CV-1093 JMR/FLN

**Johnnie Marie Rogers (*nee* Williams), Hendrix Grupee, Tange Ree Baugh, Connie Block, Albertha Kiahon, Tarlee Pour, DeKonti Brown, Edgarline Dunbar, Louise Diggs-Graye f/k/a Louise Brinston, D.B. Toweh Jr., and Doris Kromah,**

Plaintiffs.

v.

**Mission Farm Nursing Home, Inc.**

Defendant.

**ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF ALBERTHA KIAHON**

---

Based on the foregoing:

IT IS HEREBY ORDERED that the above-entitled action is dismissed without prejudice as to Plaintiff Albertha Kiahon. Each party shall bear its own costs and reasonable attorney's fees.

Signed: MAY 9, 2002.

Magistrate Franklin L. Noel

MAY
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Court File No. 01-CV-1093 JMR/FLN

**Johnnie Marie Rogers (*nee* Williams), Hendrix Grupee, Tange Ree Baugh, Connie Block, Albertha Kiahon, Tarlee Pour, DeKonti Brown, Edgarline Dunbar, Louise Diggs-Gaye f/k/a Louise Brinston, D.B. Toweh Jr., and Doris Kromah,**

Plaintiffs,

v.

**Mission Farm Nursing Home, Inc.**

Defendant.

**STIPULATION TO DISMISS WITHOUT PREJUDICE AS TO PLAINTIFF ALBERTHA KIAHON**

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Albertha Kiahon and Defendant Mission Farm Nursing Home, parties hereto, by their respective counsel, that all matters pertaining to this action be and hereby are dismissed as to Plaintiff Albertha Kiahon without prejudice. Each party agrees to bear its own costs and reasonable attorney's fees.

Dated: 3 - 23, 2002

[signature]
Albertha Kiahon

Dated: 3/27, 2002

**CAROLYN GUY, LLC**

[signature]
Carolyn Guy
Atty. Reg. No. 254186
Ten South Fifth Street, Suite 950
Minneapolis, MN 55402
(612) 843-5400
Counsel for Plaintiffs

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: ____________________, 2002

**MISSION FARM NURSING HOME**

By: ______________________________

Its: ______________________________

**FAEGRE & BENSON LLP**

Dated: April 10, 2002

______________________________
Daniel G. Wilczek
Atty. Reg. No. 131660
Holly M. Robbins
Atty. Reg. No. 260381
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000
Counsel for Defendant