**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Johnnie Marie Rogers, et al.,

Plaintiffs,

vs.

Mission Farm Nursing Home, Inc.,

Defendant.

**Civil No. 01-CV-1093 JMR/FLN**

**ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF DEKONTI BROWN**

---

The parties submitted a fully-executed Stipulation for Dismissal Without Prejudice as to Plaintiff DeKonti Brown on May 16, 2002.

Upon all of the files, records, and proceedings in this matter,

IT IS HEREBY ORDERED that plaintiff DeKonti Brown's claims are dismissed without prejudice.

Dated: June 25th, 2002

James M. Rosenbaum
United States District Court Judge

M1:888733.01

FILED RICHARD D. SLETTEN, CLERK JUN 25 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS