**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Johnnie Marie Rogers, et al.,

Plaintiffs,

vs.

Mission Farm Nursing Home, Inc.,

Defendant.

**Civil No. 01-CV-1093 JMR/FLN**

[redacted] **ORDER**

---

This matter came on for consideration before the Honorable Judge James M. Rosenbaum on Plaintiffs' and Defendant's Joint Motion to Extend Time for Pretrial and Trial Ready Deadlines.

The pretrial and trial ready deadlines will hereby be extended as follows:

1. The Court's deadline to amend the pleadings to include punitive damages will be extended from September 1, 2002 to November 15, 2002;
2. The Court's discovery deadline shall be extended from September 1, 2002 to November 15, 2002;
3. The Court's nondispositive motion deadline shall be extended from September 1, 2002 to November 15, 2002;
4. The Court's deadline for deposing expert witnesses shall be extended from September 1, 2002 to November 15, 2002;
5. The Court's dispositive motion deadline shall be extended from November 1, 2002, to December 15, 2002; and

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

6. The case will be ready for trial by March 1, 2003 [redacted]

IT IS SO ORDERED.

Dated: Aug 14, 2002

[redacted]
United States [redacted] Judge
Magistrate

M1:885991.01