UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Johnnie Marie Rogers, et al.,

Plaintiffs,

v.

Mission Farm Nursing Home, Inc.,

Defendant.

Civil 01-1093 JMR/FLN

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 22, 2002, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that Defendant's Motion To Dismiss Plaintiff Doris Kromah [#30] is GRANTED.

DATED: August 21st, 2002.

CHIEF JUDGE JAMES M. ROSENBAUM
United States District Court

FILED
RICHARD D. SLETTEN, CLERK
AUG 21 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS