**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Johnnie Marie Rogers, et al.,

Plaintiffs,

vs.

Mission Farm Nursing Home, Inc.,

Defendant.

**Civil No. 01-CV-1093 JMR/FLN**

**STIPULATION FOR DISMISSAL AND ORDER**

---

**STIPULATION**

The parties, by and through the undersigned counsel, stipulate to the dismissal, with prejudice, of all claims in this action. This stipulation is made pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Dated: 10/18, 2002

CAROLYN GUY LLC

Carolyn Guy, #254186

10 South Fifth Street, Suite 950
Minneapolis, MN 55402
(612) 843-5400

Attorneys for plaintiffs

FILED
RICHARD D. SLETTEN, CLERK NOV 6
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

**EXHIBIT B**

Dated: October 23, 2002

FAEGRE & BENSON LLP

Daniel G. Wilczek, #131660
Holly M. Robbins, #260381

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for defendant Mission Nursing Home, Inc.

**ORDER**

Based on the foregoing Stipulation,

IT IS SO ORDERED.

Dated: November 5, 2002

Judge of U.S. District Court

M1:919833.01